IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LINDA TRAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-163-D |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Deputy Commissioner for Operations, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the June 11, 2018 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that the recommendation of the magistrate judge is adopted, and the Commissioner's decision is reversed and remanded for further administrative proceedings consistent with the magistrate judge's recommendation.

**SO ORDERED**.

July 5, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE